## WESTERN & ATLANTIC RAILROAD COMPANY v. BLACKFORD
by next friend.

ATKINSON, J. 1. When several plaintiffs sue jointly, the petition may be amended by striking the name of one or more of them who are not proper parties. Civil Code, § 5105; *Smith* v. *Hanie,* 74 Ga. 324.

2. The evidence was sufficient to support the verdict.

3. Other grounds of the motion for new trial not referred to in the brief of counsel for plaintiff in error are treated as abandoned.

*Judgment affirmed. All the Justices concur except Fish, C. J., absent.*

Argued June 19, 1908.—Decided January 13, 1909.

Action for damages. Before Judge Fite. Catoosa superior court. October 25, 1907.

*Tye, Peeples, Bryan & Jordan* and *R. J. & J. McCamy,* for plaintiff in error.   *William E. Mann* and *Payne & Payne,* contra..